In the Matter of the Probate of the Last Will and Testament of Christiane Blume, Deceased. Clara G. Auerbach, Appellant; Alexis Witte, as Executor, etc., of Christiane Blume, Deceased, Respondent.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

In the Matter of the Application of The City of New York, Respondent, Relative to Acquiring Title to the Lands, etc., for the Purpose of Opening and Extending Avenue D, from Flatbush Avenue to Rogers Avenue in the Twenty-ninth Ward, in the Borough of Brooklyn, The City of New York. Fernando Wood, Appellant; Certain Property Owners, Respondents.— Order confirming report of commissioners affirmed, with fifty dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

Annie Kaplan, Appellant, v. Moritz Faerber, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

Harvey W. Kays, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Benjamin C. Kirk, Appellant, v. The City of New York, Respondent.— Order affirmed on argument, with ten dollars costs and disbursements. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

Hedwig Kliewer, as Administratrix, etc., of Max Kliewer, Deceased, Respondent, v. Hudson and Manhattan Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ.

Morris Levin, Appellant, v. David Goldstein and Fanny Goldstein, Respondents.— Order of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.